1  John Bragonje, Bar No. 9519
   jbragonje@lewisroca.com
2  Chad D. Olsen, Bar No. 12060
   colsen@lewisroca.com
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   Tel: 702.949.8200
5  Fax: 702.949.8398

6  *Attorneys for Defendant Duane Bennett Parnham*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company, | Case No.: 2:23-cv-00837-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive, | **(First Request)** |
| Defendants. | |

Plaintiff RB Venture Partners LLC and Defendant Duane Bennett Parnham stipulate to extend the deadline for defendant to respond to plaintiff's complaint by 14 days. Specifically, the deadline to respond to plaintiff's complaint (ECF No. 5) is continued to July 26, 2023.

This is the first stipulation for an extension of time to respond to plaintiff's complaint. This extension is to provide defendant with needed time to investigate plaintiff's allegations and provide a response.

///

///

///

///

///

///

///

121750295.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated this 7th day of July 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ Chad D. Olsen*
John Bragonje, NV Bar No. 9519
Chad D. Olsen, NV Bar No. 12060
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendant Duane Bennett Parnham*

Dated this 7th day of July 2023.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

*/s/ John Samberg*
John Samberg, NV Bar No. 10828
Royi Moas, NV Bar No. 10686
Daniel Bravo, NV Bar No. 13078
3773 Howard Hughes Parkway, Suite 590
Las Vegas, Nevada 89169
(702) 341-5200

*Attorneys for Plaintiff RB Venture Partners LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 10, 2023

- 2 -

121750295.1