1  John Bragonje, Bar No. 9519
   jbragonje@lewisroca.com
2  Chad D. Olsen, Bar No. 12060
   colsen@lewisroca.com
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   Tel: 702.949.8200
5  Fax: 702.949.8398

6  *Attorneys for Defendant Duane Bennett Parnham*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff RB Venture Partners LLC and Defendant Duane Bennett Parnham stipulate to extend the deadline for defendant to respond to plaintiff's complaint by an additional 28 days. Specifically, the parties agree that the deadline to respond to plaintiff's complaint (ECF No. 5) should be continued to August 23, 2023.

This is the second request for an extension of time to respond to plaintiff's complaint. The first request, which was granted and extended the deadline by two weeks, to July 26, 2023 (*see* ECF No. 8), provided defendant with needed time to investigate plaintiff's allegations. This second request is to allow the parties time to explore potential settlement before litigation proceeds.

///

///

///

///

121836616.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated this 19th day of July 2023. | Dated this 19th day of July 2023. |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| */s/ Chad D. Olsen* <br> John Bragonje, NV Bar No. 9519 <br> Chad D. Olsen, NV Bar No. 12060 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> (702) 949-8200 | */s/ John Samberg* <br> John Samberg, NV Bar No. 10828 <br> Royi Moas, NV Bar No. 10686 <br> Daniel Bravo, NV Bar No. 13078 <br> 3773 Howard Hughes Parkway, Suite 590 <br> Las Vegas, Nevada 89169 <br> (702) 341-5200 |
| *Attorneys for Defendant Duane Bennett Parnham* | *Attorneys for Plaintiff RB Venture Partners LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 20, 2023

121836616.1