JOHN SAMBERG (Bar No. 10828)
ROYI MOAS (Bar No. 10686)
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Tel.: (702) 341-5200 / Fax: (702) 341-5300
jsamberg@wrslawyers.com
rmoas@wrslawyers.com

*Attorneys for Plaintiff*
*RB VENTURE PARTNERS LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00837-RFB-BNW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL DANIEL BRAVO, ESQ.** |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that Daniel Bravo, Esq. is no longer associated Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP and no longer counsel of record for Plaintiff RB Venture Partners, LLC in this action.  Please remove Mr. Bravo from your service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
NOTICE OF DISASSOCIATION OF COUNSEL

1  Royi Moas, Esq. and John Samberg, Esq, of Wolf, Rifkin, Shapiro, Schulman & Rabkin,
2  LLP will serve as counsel of record for Plaintiff RB Venture Partners, LLC.

4  Dated: August 9 2023         **WOLF, RIFKIN, SHAPIRO,**
                                **SCHULMAN & RABKIN, LLP**

6                              By:  */s/ Royi Moas*
                                JOHN SAMBERG (Bar No. 10828)
7                               ROYI MOAS (Bar No. 10686)
                                3773 Howard Hughes Parkway, Suite 590 South
8                               Las Vegas, Nevada 89169

9                               *Attorneys for Plaintiff*
                                *RB VENTURE PARTNERS LLC*

12                              **ORDER**
                                **IT IS SO ORDERED**

                                **DATED:** 11:38 am, August 11, 2023

                                **BRENDA WEKSLER**
                                **UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th of August, 2023, a true and correct copy of **NOTICE OF DISASSOCIATION OF COUNSEL DANIEL BRAVO, ESQ.** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP