John Samberg (Bar No. 10828)
Royi Moas (Bar No. 10686)
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:     (702) 341-5200
Facsimile:      (702) 341-5300
jsamberg@wrslawyers.com
rmoas@wrslawyers.com

Attorneys for Plaintiff
*RB VENTURE PARTNERS LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00837-RFB-BNW<br><br>**ERRATA TO JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

RB VENTURE PARTNERS LLC, ("Plaintiff") by and through their attorneys of record, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, hereby files this Errata the Joint Discovery Plan and Scheduling Order filed March 5, 2024.  Upon review, Plaintiff has become aware of an inadvertent typographical error whereby the date for *Amending the Pleadings and Adding Parties* was incorrectly transcribed on page 2, line 17, as November 16, 2025, instead of the correct due of November 16, 2024.  Accordingly, page 2, line 17 is amended to read as follows:

  2.  Amending the Pleadings and Adding Parties: The parties shall have until **November 16, 2024**, to file motions to amend the pleadings and/or to add parties, which is not later than 90 days prior to the close of discovery.

/ / /

1  Counsel for Defendant DUANE BENNETT PARNHAM has been advised of the filing of
2  this Errata and has no objection.

3  Dated: March 13, 2024

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By: _____
John Samberg (Bar No. 10828)
Royi Moas (Bar No. 10686)
3773 Howard Hughes Parkway
Suite 590 South
Las Vegas, Nevada 89169
Tel.: (702) 341-5200 / Fax: (702) 341-5300
jsamberg@wrslawyers.com
rmoas@wrslawyers.com

*Attorneys for Plaintiff*
RB VENTURE PARTNERS LLC

**IT IS SO ORDERED**

**DATED:** 12:20 pm, March 14, 2024

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2024, a true and correct copy of **ERRATA TO JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Carolyn R. Bott*
Carolyn Bott, an Employee of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP