John Bragonje, Bar No. 9519
jbragonje@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant Duane Bennett Parnham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION, REQUEST, AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff RB Venture Partners LLC and Defendant Duane Bennett Parnham stipulate to extend the deadline for defendant to respond to plaintiff's complaint. Specifically, the deadline to respond to plaintiff's complaint (ECF No. 5) is continued to May 10, 2024.

This is the second request for an extension of time to respond to plaintiff's complaint. This extension is to accommodate past settlement discussions and provide defendant with needed time to investigate plaintiff's allegations and provide a response.

///

///

///

///

///

///

///

///

124785926.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated this 9th day of May 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ John Bragonje*
John Bragonje, NV Bar No. 9519
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendant Duane Bennett Parnham*

Dated this 9th day of May 2024.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

*/s/ John Samberg*
John Samberg, NV Bar No. 10828
Royi Moas, NV Bar No. 10686
Daniel Bravo, NV Bar No. 13078
3773 Howard Hughes Parkway, Suite 590
Las Vegas, Nevada 89169
(702) 341-5200

*Attorneys for Plaintiff RB Venture Partners LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/13/2024

- 2 -

124785926.1