JOHN SAMBERG (Bar No. 10828)
ROYI MOAS (Bar No. 10686)
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:     (702) 341-5200
Facsimile:      (702) 341-5300
jsamberg@wrslawyers.com
rmoas@wrslawyers.com

Attorneys for Plaintiff
*RB VENTURE PARTNERS LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Counterclaimant<br><br>　　vs.<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>　　　　Counterdefendant, | Case No. 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIM**<br><br>**[First Request]** |

　　　　Pursuant to Local Rule IA 6-1, Plaintiff RB VENTURE PARTNERS LLC ("Plaintiff") and Defendant DUANE BENNETT PARNHAM ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully request, for good cause,

that the Court grant the Parties' stipulation to extend the deadline for Plaintiff/Counterdefendant to respond to Defendant/Counterclaimant's counterclaim. Specifically, the deadline to respond to Defendant/Counterclaimant's counterclaim (EFF No. 30) is requested to be extended from May 31, 2024, to June 29, 2024.

This is the Parties' first stipulation for extension of time for Plaintiff/Counterdefendant to respond to Defendant/Counterclaimant's Counterclaims. This stipulation is provided as a professional courtesy to Plaintiff/Counterdefendant's counsel and is not intended to delay the proceedings for the administration of the case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated this 23rd day of May, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ John Bragonje*
John Bragonje (Bar No. 9519)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

Attorneys for Defendant
*Duane Bennett Parnham*

Dated this 23rd day of May, 2024.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

John Samberg, (Bar No. 10828)
Royi Moas (Bar No. 10686)
3773 Howard Hughes Parkway, Suite 590
Las Vegas, Nevada 89169
(702) 341-5200

Attorneys for Plaintiff
*RB Venture Partners LLC*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT COURT JUDGE

DATED: 5/24/2024

---

2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIM