JOHN SAMBERG (Bar No. 10828)
ROYI MOAS (Bar No. 10686)
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:   (702) 341-5200
Facsimile:    (702) 341-5300
jsamberg@wrslawyers.com
rmoas@wrslawyers.com

Attorneys for Plaintiff
*RB VENTURE PARTNERS LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>       Defendants.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive<br><br>       Counterclaimant,<br><br>vs,<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>       Counterdefendant. | Case No. 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIM**<br><br>**[Second Request]** |

Pursuant to Local Rule IA 6-1 and LR 26-1, Plaintiff RB VENTURE PARTNERS LLC ("Plaintiff") and Defendant DUANE BENNETT PARNHAM ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. The Parties continue to have meaningful settlement discussions and as such require additional time to file Plaintiff/Counterdefendant's responsive pleading to Defendant/Counter-claimant's counterclaim.

1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIM

2. The Parties respectfully request that this Court grant their stipulation to extend the deadline for Plaintiff/Counterdefendant to respond to Defendant/Counterclaimant's counterclaim (ECF No. 30) from June 29, 2024, to August 2, 2024.

3. This is the Parties' second stipulation for extension of time for Plaintiff/Counterdefendant to respond to Defendant/Counterclaimant's Counterclaims.  This stipulation is provided as a professional courtesy to Plaintiff/Counterdefendant's counsel and is not made for the purpose of delaying the case or for any other improper purpose, but rather to facilitate ongoing settlement discussions.

4. The Parties pray that this Court grant their stipulation to extend time and grant such other and further relief as the Court deems just and proper.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated this 26th day of June, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ John Bragonje*
John Bragonje (Bar No. 9519)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

Attorneys for Defendant
*Duane Bennett Parnham*

Dated this 26th day of June, 2024.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

John Samberg, (Bar No. 10828)
Royi Moas (Bar No. 10686)
3773 Howard Hughes Parkway, Suite 590
Las Vegas, Nevada 89169
(702) 341-5200

Attorneys for Plaintiff
*RB Venture Partners LLC*

**IT IS SO ORDERED:**

DATED: 6/27/2024

UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIM