1  John Bragonje, Bar No. 9519
   jbragonje@lewisroca.com
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel: 702.949.8200
4  Fax: 702.949.8398

5  *Attorneys for Defendant Duane Bennett Parnham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF/COUNTERDEFENDANT RB VENTURE PARTNERS LLC'S MOTION TO DISMISS DEFENDANT/COUNTERCLAIMANT DUANE BENNETT PARNHAM'S COUNTERCLAIMS**<br><br>**(First Request)** |
|---|---|
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Counterclaimant,<br><br>vs.<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | |

20  Plaintiff/Counterdefendant RB Venture Partners LLC and Defendant/Counterclaimant Duane Bennett Parnham stipulate to extend the deadline for defendant to respond to Plaintiff/Counterdefendant's Motion to Dismiss Defendant/Counterclaimant's Counterclaims [ECF 38]. Specifically, the deadline to respond is currently August 30, 2024. Parties request the deadline to be extended to September 20, 2024.

25  This is the first request for an extension of time to respond to Plaintiff/Counterdefendant's Motion to Dismiss Defendant/Counterclaimant's Counterclaims [ECF 38].

27  ///

28  ///

125919806.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| Dated this 28th day of August 2024. | Dated this 28th day of August 2024. |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |

*/s/ John Bragonje*
John Bragonje, NV Bar No. 9519
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendant Duane Bennett Parnham*

*/s/   John Samberg*
John Samberg, NV Bar No. 10828
Royi Moas, NV Bar No. 10686
Daniel Bravo, NV Bar No. 13078
3773 Howard Hughes Parkway, Suite 590
Las Vegas, Nevada 89169
(702) 341-5200

*Attorneys for Plaintiff RB Venture Partners LLC*

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29 of August, 2024.

125919806.1