John Bragonje, Bar No. 9519
jbragonje@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant Duane Bennett Parnham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Counterclaimant,<br><br>vs.<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | Case No.: 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF/COUNTERDEFENDANT RB VENTURE PARTNERS LLC'S MOTION TO DISMISS DEFENDANT/COUNTERCLAIMANT DUANE BENNETT PARNHAM'S COUNTERCLAIMS**<br><br>**(Second Request)** |

Plaintiff/Counterdefendant RB Venture Partners LLC and Defendant/Counterclaimant Duane Bennett Parnham stipulate to extend the deadline for defendant to respond to Plaintiff/Counterdefendant's Motion to Dismiss Defendant/Counterclaimant's Counterclaims [ECF 38]. Specifically, the deadline to respond is currently September 20, 2024. Parties request the deadline to be extended to October 11, 2024.

This is the first request for an extension of time to respond to Plaintiff/Counterdefendant's Motion to Dismiss Defendant/Counterclaimant's Counterclaims [ECF 38].

///

///

125919806.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated this 23rd day of September 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/  John Bragonje*
John Bragonje, NV Bar No. 9519
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendant Duane Bennett Parnham*

Dated this 23rd day of September 2024.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

*/s/   John M. Samberg*
John Samberg, NV Bar No. 10828
Royi Moas, NV Bar No. 10686
Daniel Bravo, NV Bar No. 13078
3773 Howard Hughes Parkway, Suite 590
Las Vegas, Nevada 89169
(702) 341-5200

*Attorneys for Plaintiff RB Venture Partners LLC*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED this 25 day of September.

125919806.1