JOHN E. BRAGONJE
Nevada Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200

*Attorneys for Defendant/Counterclaimant
Duane Bennett Parnham*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>Vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive<br><br>Counterclaimant,<br><br>Vs,<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | Case No. 2:23-cv-00837-RFB-BNW<br><br>**Stipulation Granting Defendant/Counterclaimant Leave To File Amended Counterclaim** |

The parties, by and through their undersigned counsel, hereby agree and stipulate pursuant to Rule 15(a)(2) that Defendant Duane Bennett Parnham may file amended counterclaims.  Plaintiff retains the right to challenge the sufficiency of the amended counterclaims pursuant to Rule 12(b)(6), or any other appropriate authority.  The motion to dismiss the counterclaims currently before the Court (ECF No. 38) is withdrawn, and Defendant agrees to file the amended counterclaims by October 25, 2024.

1

126365759.1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated this 10th day of October, 2024.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

By: */s/ John E. Bragonge*
    John E. Bragonge (Bar No. 9519)
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169
    Tel: (702) 949-8200
    Fax: (702) 949-8398

*Attorneys for Defendant Counterclaimant Duane Bennett Parham*

Dated this 10th day of October, 2024.

LEWIS BRISBOIS BISGAARD
& SMITH LLP[1]

By: */s/ John Samberg*
    John Samberg (Bar No. 10828)
    5555 Kietzke Lane, Suite 200
    Reno, NV 89511
    Tel: (775) 399-6383
    Fax: (775) 827-9256

*Attorneys for Plaintiff/Counterdefendant RB Venture Partners, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/15/2024

---

[1] Notice of Change of Affiliation of Firm from Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP will be filed by Plaintiff's counsel separately.

126365759.1