1  JOHN M. SAMBERG
   Nevada Bar No. 10828
2  John.Samberg@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  5555 Kietzke Lane, Suite 200
   Reno, Nevada 89511
4  Tel:  775-399-6383
   Fax:  775-827-9256

*Attorneys for Plaintiff, RB VENTURE PARTNERS LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>         Plaintiff,<br><br>    vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT/ COUNTERCLAIMANT DUANE BENNETT PARNHAM'S FIRST AMENDED COUNTERCLAIM (FIRST REQUEST)** |
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive<br><br>         Counterclaimant,<br><br>    vs,<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>         Counterdefendant. | |

   Plaintiff and Counterdefendant, RB VENTURE PARNERS LLC, by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, and Defendant and Counterclaimant, DUANE BENNETT PARNHAM, by and through his attorneys of record, Lewis, Roca, Rothgerber & Christie, LLP (collectively "the Parties"), submit the following STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT/COUNTERCLAIMANT DUANE BENNETT PARNHAM'S FIRST

148816488.1

AMENDED COUNTERCLAIM (FIRST REQUEST). The Parties stipulate to extend the time within which to respond to Defendant/Counterclaimant Duane Bennett Parnham's First Amended Counterclaim by 21 days.

**A.  Proposed deadline to respond to First Amended Counterclaim**

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to Respond to First Amended Counterclaim | November 15, 2024 | *December 6, 2024* |

IT IS SO STIPULATED:

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| *John Bragonje*<br>By: _____<br>John Bragonje<br>Nevada Bar No. 09519<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel:  702-949-8200<br><br>Attorneys for Defendant/Counterclaimant, *Duane Bennett Parnham* | *John M. Samberg*<br>By: _____<br>John M. Samberg<br>Nevada Bar No. 10828<br>John.Samberg@lewisbrisbois.com<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>Tel:  775-399-6383<br>Fax:  775-827-9256<br><br>Attorneys for Plaintiff/Counterdefendant, *RB VENTURE PARTNERS LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  11/18/2024

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT/COUNTERCLAIMANT DUANE BENNETT PARNHAM'S FIRST AMENDED COUNTERCLAIM (FIRST REQUEST)**

