1  JOHN E. BRAGONJE
   Nevada Bar No. 9519
2  CHRISTIAN T. SPAULDING
   Nevada Bar No. 14277
3  ZAYDEE R. STEMMONS
   Nevada Bar No. 16991
4  LEWIS ROCA ROTHGERBER CHRISTIE
5  3993 Howard Hughes Parkway
   Suite 600
6  Las Vegas, Nevada 89169
   (702) 949-8200
7

8  *Attorneys for Defendant/Counterclaimant*
   *Duane Bennett Parnham*

9

10             **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**

11
   RB VENTURE PARTNERS LLC, a Nevada          Case No. 2:23-cv-00837-RFB-BNW
12 limited-liability company,

13              Plaintiff,                     **STIPULATION AND ORDER TO**
                                               **EXTEND TIME TO RESPOND TO**
14     Vs.                                     **PLAINTIFF/COUNTERDEFENDANT'S**
                                               **MOTION TO DISMISS**
15 DUANE BENNETT PARNHAM, an individual;       **DEFENDANT/COUNTERCLAIMANT'S**
   and DOES 1 through 10, inclusive,           **COUNTERCLAIMS (ECF No. 55)**
16
17              Defendants.                    **[First Request]**

18 DUANE BENNETT PARNHAM, an individual;
   and DOES 1 through 10, inclusive
19
20              Counterclaimant,

21     Vs,

22 RB VENTURE PARTNERS LLC, a Nevada
   limited-liability company,
23
24              Counterdefendant.

25     Plaintiff/Counterdefendant       RB      VENTURE       PARTNERS       LLC       and

26 Defendant/Counterclaimant   DUANE   BENNETT   PARNHAM   hereby   stipulate   to   extend   the

27 deadline to respond to Plaintiff/Counterdefendant's Motion to Dismiss Defendant/Counterclaimant's

28

                                    1
126713820.2

1  Counterclaims [ECF No. 55].  Specifically, the deadline to respond is currently December 2, 2024.

2  The parties request the deadline be extended to **December 16, 2024.**

3      This is the **first** request for an extension of time to respond to Plaintiff/Counterdefendant's

4  Motion to Dismiss Defendant/Counterclaimant's Counterclaims [ECF 55].

5          **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

6  Dated this 20th day of November, 2024.          Dated this 20th day of November, 2024.

7

8  LEWIS ROCA ROTHGERBER CHRISTIE LLP          LEWIS BRISBOIS BISGAARD & SMITH LLP

9  By:*/s/ John E. Bragonge*                By:*/s/ John Samberg*
   John E. Bragonge                           John Samberg (Bar No. 10828)

10  Nevada Bar No. 9519                        5555 Kietzke Lane, Suite 200
   Christian T. Spaulding                     Reno, NV 89511

11  Nevada Bar No. 14277                       Tel: (775) 399-6383
   Zaydee R. Stemmons                         Fax: (775) 827-9256

12  Nevada Bar No. 16991
   3993 Howard Hughes Parkway, Suite 600      *Attorneys for Plaintiff/Counterdefendant*

13  Las Vegas, Nevada 89169                    *RB Venture Partners, LLC*
   Tel: (702) 949-8200

14  Fax: (702) 949-8398

15

16  *Attorneys for Defendant/Counterclaimant*
   *Duane Bennett Parham*

17

18

19

20              **IT IS SO ORDERED.**

21

22

23              **RICHARD F. BOULWARE, II**
              **UNITED STATES DISTRICT JUDGE**

24

25              **DATED** this 21 day of November 2024.

26

27

28

2

126713820.2