JOHN E. BRAGONJE
Nevada Bar No. 9519
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
ZAYDEE R. STEMMONS
Nevada Bar No. 16991
LEWIS ROCA ROTHGERBER CHRISTIE
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendant/Counterclaimant
Duane Bennett Parnham*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>Vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive<br><br>Counterclaimant,<br><br>Vs,<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | Case No. 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF/COUNTERDEFENDANT'S MOTION TO DISMISS DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIMS (ECF No. 55)**<br><br>**[Second Request]** |

Plaintiff/Counterdefendant RB VENTURE PARTNERS LLC and Defendant/Counterclaimant DUANE BENNETT PARNHAM hereby stipulate to extend the deadline to respond to Plaintiff/Counterdefendant's Motion to Dismiss Defendant/Counterclaimant's Counterclaims [ECF No. 55]. Specifically, the deadline to respond is currently December 16, 2024.

1

126974618.1

The parties request the deadline be extended to **December 30, 2024.** Additionally, the parties also provide that the deadline for the reply brief will be extended to **January 17, 2025.**

This is the **second** request for an extension of time to respond to Plaintiff/Counterdefendant's Motion to Dismiss Defendant/Counterclaimant's Counterclaims [ECF 55].

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated this 16th day of December, 2024. | Dated this 16th day of December, 2024. |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By:/s/ *John E. Bragonge* | By:/s/ *John Samberg* |
| John E. Bragonge<br>Nevada Bar No. 9519<br>Christian T. Spaulding<br>Nevada Bar No. 14277<br>Zaydee R. Stemmons<br>Nevada Bar No. 16991<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398 | John Samberg (Bar No. 10828)<br>5555 Kietzke Lane, Suite 200<br>Reno, NV 89511<br>Tel: (775) 399-6383<br>Fax: (775) 827-9256<br><br>*Attorneys for Plaintiff/Counterdefendant*<br>*RB Venture Partners, LLC* |
| *Attorneys for Defendant/Counterclaimant*<br>*Duane Bennett Parham* | |

**IT IS SO ORDERED.**



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 16, 2024.

2

126974618.1