1  JOHN M. SAMBERG
   Nevada Bar No. 10828
2  John.Samberg@lewisbrisbois.com
   PHILIP J. TACASON
3  Nevada Bar No. 15655
   LEWIS BRISBOIS BISGAARD & SMITH LLP
4  5555 Kietzke Lane, Suite 200
   Reno, Nevada 89511
5  Tel:  775-399-6383
   Fax:  775-827-9256
6
   *Attorneys for Plaintiff/Counter-defendant,*
7  *RB VENTURE PARTNERS LLC*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company, | Case No. 2:23-cv-00837-RFB-BNW |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY (FIRST REQUEST)** |
| vs. | |
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive | |
| Counterclaimant, | |
| vs, | |
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company, | |
| Counterdefendant. | |

   Plaintiff and Counterdefendant, RB VENTURE PARNERS LLC, by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, and Defendant and Counterclaimant, DUANE BENNETT PARNHAM, by and through his attorneys of record, Womble Bond Dickinson (collectively "the Parties"), hereby stipulate as follows:

   / / /

154423524.1

1  Discovery shall be stayed pending the Court's ruling on RB VENTURE PARTNERS LLC's Motion to Dismiss (ECF No. 55) DUANE BENNETT PARNHAM's First Amended Counterclaim (ECF No. 50).

Under the Court's Order (ECF No. 51) on the *Stipulation to Continue All Currently Established Deadlines (First Request)*, the following discovery deadlines are in place:

| Event | Existing Deadline |
|---|---|
| Initial Expert Disclosures | Tuesday, June 10, 2025 |
| Rebuttal Expert Disclosures | Thursday, July 10, 2025 |
| Discovery Cutoff | Wednesday, August 20, 2025 |

The Court's ruling on RB VENTURES PARTNERS LLC's Motion to Dismiss may change the scope of the claims at issue in this action; therefore, good cause exists to stay discovery pending the Court's ruling on the Motion.

This is the First Request to Stay Discovery.

IT IS SO STIPULATED:

| WOMBLE BOND DICKINSON LLP | LEWIS BRISBOIS BISGAARD & SMITH |
|---|---|
| */s/ John Bragonje*<br>By: _____<br>John Bragonje<br>Nevada Bar No. 09519<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel:  702-949-8200<br><br>Attorneys for Defendant/Counterclaimant, *Duane Bennett Parnham* | */s/ Philip J. Tacason*<br>By: _____<br>John M. Samberg<br>Nevada Bar No. 10828<br>Philip J. Tacason<br>Nevada Bar No. 15655<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>Tel:  775-399-6383<br><br>Attorneys for Plaintiff/Counterdefendant, *RB VENTURE PARTNERS LLC* |

**IT IS FURTHER ORDERED** that the parties must file an amended DPSO within 14 days of the Court's ruling on the motion to dismiss.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/20/2025



**STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY (FIRST REQUEST)**