JOHN M. SAMBERG
Nevada Bar No. 10828
John.Samberg@lewisbrisbois.com
YUCHEN XIE
Nevada Bar No. 17014
Yuchen.Xie@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada  89511
Tel:  775-399-6383
Fax:  775-827-9256

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00837-RFB-BNW<br><br>**NOTICE OF ASSOCIATION OF COUNSEL AND REMOVAL OF COUNSEL** |
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive<br><br>Counterclaimant,<br><br>vs,<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT Yuchen Xie, Esq., of and for the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP hereby gives notice to the Court and all interested parties that she is associating as counsel of record for Plaintiff with John M. Samberg, Esq., also of LEWIS

1  BRISBOIS BISGAARD & SMITH, LLP in this matter. Ms. Xie's address and email are as follows:

2     Yuchen (Ashley) Xie, Esq..
       LEWIS BRISBOIS BISGARD & SMITH LLP
3      5555 Kietzke Lane, Suite 200
       Reno, Nevada 89511
4      Tel. 775.399.6383
       Email: Yuchen.Xie@lewisbrisbois.com

6  Plaintiff hereby requests the removal of Philip J. Tacason, Esq., from the docket and service list in this matter because he is no longer with LEWIS BRISBOIS BISGAARD & SMITH, LLP and no longer on this case.

9  DATED this 8th day of October, 2025.

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By    /s/John M. Samberg
                              John M. Samberg
                              Nevada Bar No. 10828
                              Yuchen Xie
                              Nevada Bar No. 17014
                              5555 Kietzke Lane, Suite 200
                              Reno, Nevada 89511
                              Tel. 775.399.6383

                              *Attorneys for Plaintiffs RB VENTURE PARTNERS LLC, and 19 ENTERPRISES LLC*

## ORDER

The Clerk of Court is ORDERED to remove Phillip J. Tacason from the docket and service list in this matter as he is no longer with the firm representing Plaintiff.

DATED this 10th Day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 9th day of October, 2025 a true and correct copy of **NOTICE OF ASSOCIATION OF COUNSEL AND REMOVAL OF COUNSEL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

John Bragonje
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

Attorneys for Defendant
*Duane Bennett Parnham*

/s/ Louise M. Liguori
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP