ROYI MOAS, ESQ.
Nevada Bar No. 10686
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone: (702) 341-5200 / Fax: (702) 341-5300
rmoas@wrslawyers.com

JOHN M. SAMBERG, ESQ.
Nevada Bar No. 10828
7750 W. 4th Street, No. 105
Reno, Nevada 89523
Telephone: (775) 682-1800
john@samberglaw.com

*Attorneys for Plaintiff/Counter-defendant,
RB VENTURE PARTNERS LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND ALL CURRENTLY ESTABLISHED DEADLINES BY 90 DAYS**<br><br>**(SECOND REQUEST)** |
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive<br><br>Counterclaimant,<br><br>vs.<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | |

Plaintiff and Counterdefendant, RB VENTURE PARTNERS LLC, by and through its

counsel of record, Royi Moas, Esq., of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and John M. Samberg, Esq., and Defendant and Counterclaimant, DUANE BENNETT PARNHAM, by and through his counsel of record, Womble Bond Dickinson (US) LLP (collectively, the "Parties"), hereby stipulate and agree, pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1, and LR 26-3, to continue all currently established deadlines by ninety (90) days.

This Stipulation is made in good faith and not for purposes of delay. Rather, good cause exists because the operative pleadings and the scope of the claims and defenses were substantially shaped by extended motion practice, and because the Parties continue to obtain and review relevant financial records and disclosure supplements bearing on the claims and defenses at issue. Such materials are critical to evaluating the potential financial claims and defenses in this matter and to assisting the Parties' respective experts in their accounting and damages analyses. Defendant filed a Motion to Dismiss on August 23, 2023 (Dkt. No. 13), which was not heard until February 5, 2024, and was resolved by minute order on February 23, 2024 (Dkt. No. 23). Thereafter, Defendant filed an Amended Counterclaim on October 25, 2024 (Dkt. No. 50), Plaintiff moved to dismiss that pleading on November 15, 2024 (Dkt. No. 55), and the Court did not resolve that motion until September 30, 2025 (Dkt. No. 65). The present scheduling order was then entered on October 15, 2025 (Dkt. No. 72).

Since entry of the current Scheduling Order, the Parties have exchanged initial disclosures, begun written discovery, and retained and/or consulted with experts to evaluate the accounting and damages issues implicated by the pleadings and disclosures. Remaining discovery includes written discovery and supplementation, third-party discovery as necessary, party depositions, expert disclosures, expert discovery, mediation-related preparation, and any follow-up discovery arising from these efforts. The Parties are also exploring participation in private mediation and currently anticipate proceeding with mediation on or before July 2026.

Despite the Parties' diligent efforts, the current schedule does not provide sufficient time to complete the remaining discovery and expert work, particularly in light of the fact that the operative pleadings and scope of the claims and defenses were not finalized until the Court's September 30, 2025 order. A modest extension will allow the Parties to complete meaningful written discovery,

STIPULATION AND ORDER TO EXTEND ALL CURRENTLY ESTABLISHED DEADLINES BY 90 DAYS
(SECOND REQUEST)

expert analysis, party depositions, and mediation efforts in a more efficient and cost-effective manner before incurring unnecessary dispositive motion and expert expenses. Accordingly, the Parties stipulate and respectfully request that all currently established deadlines be extended by ninety (90) days as follows:

**Discovery Cut-Off Date**

Current Date: September 25, 2026

**Extended Date: December 24, 2026**

**Amending the Pleadings and Adding Parties**

Current Date: June 19, 2026

**Extended Date: September 17, 2026**

**Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)**

Current Date: July 24, 2026

**Extended Date: October 22, 2026**

**Rebuttal Expert Disclosures**

Current Date: August 21, 2026

**Extended Date: November 19, 2026**

**Dispositive Motions**

Current Date: October 26, 2026

**Extended Date: January 25, 2027**

**Joint Pretrial Order**

Current Date: November 27, 2026

**Extended Date: February 25, 2027**

If dispositive motions are filed, the deadline for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or further order of the Court. This requested extension does not alter the parties' obligations under Fed. R. Civ. P. 26(a)(3), which shall remain governed by the joint pretrial order, consistent with the current scheduling order.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND ALL CURRENTLY ESTABLISHED DEADLINES BY 90 DAYS
(SECOND REQUEST)

The parties respectfully submit that this requested extension is supported by good cause under Fed. R. Civ. P. 16(b)(4) and LR 26-3, is reasonable in light of the history of motion practice reflected on the docket and may facilitate both efficient discovery and possible resolution through mediation.

**IT IS SO STIPULATED**:

WOMBLE BOND DICKINSON (US) LLP

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: /s/ John E. Bragonje
John E. Bragonje, Esq.
Nevada Bar No. 09519
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV US 89113
Tel: 702-949-8200
Email: John.Bragonje@wbd-us.com

Attorneys for Defendant/Counterclaimant,
*Duane Bennett Parnham*

By: /s/ John M. Samberg
Royi Moas, Esq.
Nevada Bar No. 10686
3773 Howard Hughes Parkway, Ste 590 S.
Las Vegas, Nevada 89169
Tel: 702-341-5200

JOHN M. SAMBERG, ESQ.
Nevada Bar No. 10828
7750 W. 4th Street, No. 105
Reno, Nevada 89523
Tel: 775-682-1800

Attorneys for Plaintiff/Counterdefendant,
*RB VENTURE PARTNERS LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   May 22, 2026

STIPULATION AND ORDER TO EXTEND ALL CURRENTLY ESTABLISHED DEADLINES BY 90 DAYS
(SECOND REQUEST)