John E. Bragonje, Bar No. 9519
John.Bragonje@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
8488 Rozita Lee Ave
Suite 400
Las Vegas, NV 89113
Tel: 702.949.8200
Fax: 702.949.8398

*Attorney for Defendant*
*Duane Bennett Parnham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>*Plaintiff*,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No.: 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF/COUNTERDEFENDANT RB VENTURE PARTNERS, LLC'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C) [ECF NO. 77]**<br><br>**(First Request)** |
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>*Counterclaimant*,<br><br>vs.<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>*Counterdefendant*. | |

Plaintiff/Counterdefendant RB VENTURE PARTNERS LLC ("Plaintiff" or "RBV"), by and through its counsel of record, and Defendant/Counterclaimant DUANE BENNETT PARNHAM ("Defendant" or "Parnham," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Local Rule IA 6-1, to

WOMBLE BOND DICKINSON
8488 Rozita Lee Ave
Suite 400
Las Vegas, NV 89113

8488 Rozita Lee Ave
Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON

extend the deadline for Defendant/Counterclaimant to file his Opposition to Plaintiff/Counterdefendant's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) [ECF No. 77] (the "Motion") as follows:

1. On September 16, 2026, Plaintiff/Counterdefendant filed the Motion, seeking a protective order regarding the Subpoena Duces Tecum issued by Defendant/Counterclaimant to Bank of Nevada. On September 17, 2026, Plaintiff/Counterdefendant filed a Motion for Order Shortening Time [ECF No. 78] with respect to the Motion.

2. Defendant/Counterclaimant's Opposition to the Motion is currently due on September 30, 2026. The Parties respectfully request that the deadline be extended by fourteen (14) days, to and including October 14, 2026.

3. The Parties have reached a tentative settlement of this action following extensive, months-long negotiations between counsel of record. In conjunction herewith the Parties have also agreed to suspend discovery, including the served and pending subpoena to non-party Broadway Strategic Metals Inc. The requested continuance, and the suspension of discovery, will allow the Parties to redirect resources currently dedicated to costly and time-consuming discovery—including written discovery follow-up, extensive deposition preparation, third-party subpoenas, witness report preparation, and this motion practice—toward finalizing the settlement and reducing it to a definitive written agreement. A modest extension of the existing deadlines will facilitate resolution of this matter without further expenditure of the Parties' and the Court's resources on contested discovery and motion practice.

4. This is the first request for an extension of time for Defendant/Counterclaimant to respond to the Motion. This stipulation is made in good faith and not for purposes of delay. Rather, good cause exists because the Parties have reached a tentative resolution of this matter and a modest extension will facilitate the finalization of a definitive settlement agreement, thereby conserving the resources of the Parties and the Court.

5. The Parties respectfully request that this Court grant their stipulation to extend time and grant such other and further relief as the Court deems just and proper.

**IT IS SO STIPULATED:**

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ John E. Bragonj
John E. Bragonje, Esq.
Nevada Bar No. 09519
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
Tel: 702-949-8200
Email: John.Bragonje@wbd-us.com

*Attorneys for Defendant/Counterclaimant, Duane Bennett Parnham*

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

/s/ Royi Moas
Royi Moas, Esq.
Nevada Bar No. 10686
3773 Howard Hughes Parkway, Ste 590
Las Vegas, Nevada 89169
Tel: 702-341-5200

**JOHN M. SAMBERG, ESQ.**
Nevada Bar No. 10828
JOHN SAMBERG ATTORNEY
7750 W. 4th Street, No. 105
Reno, Nevada 89523
Tel: 775-682-1800

*Attorneys for Plaintiff/Counterdefendant, RB VENTURE PARTNERS LLC*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2026

8488 Rozita Lee Ave
Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON