ROYI MOAS, ESQ.
Nevada Bar No. 10686
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone: (702) 341-5200 / Fax: (702) 341-5300
rmoas@wrslawyers.com

JOHN M. SAMBERG, ESQ.
Nevada Bar No. 10828
7750 W. 4th Street, No. 105
Reno, Nevada 89523
Telephone: (775) 682-1800
john@samberglaw.com

*Attorneys for Plaintiff/Counter-defendant,*
*RB VENTURE PARTNERS LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00837-RFB-BNW<br><br>**STIPULATION AND ORDER TO WITHDRAW SUBPOENAS AND PLAINTIFF/COUNTERDEFENDANT RB VENTURE PARTNERS, LLC'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C) [ECF NO. 77]** |
| DUANE BENNETT PARNHAM, an individual; and DOES 1 through 10, inclusive<br><br>Counterclaimant,<br><br>vs.<br><br>RB VENTURE PARTNERS LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | |

Plaintiff/Counterdefendant, RB VENTURE PARTNERS LLC ("RBV"), by and through its counsel of record, Royi Moas, Esq., of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and John M. Samberg, Esq., and Defendant/Counterclaimant, DUANE BENNETT PARNHAM

("Parnham"), by and through his counsel of record, John E. Bragonje, Esq., of Womble Bond Dickinson (US) LLP (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, by way of settlement discussions, the Parties are presently in the process of trying to resolve this action;

WHEREAS, Defendant previously issued subpoenas to BANK OF NEVADA, a division of WESTERN ALLIANCE BANK, and BROADWAY STRATEGIC METALS, INC. (collectively, the "Subpoenas") which prompted a Motion for Protective Order (ECF No. 77) (the "Motion") by Plaintiff;

WHEREAS, in light of the Parties' ongoing settlement efforts, the Parties agree to withdraw the Subpoenas and the Motion;

**NOW, THEREFORE**, the Parties hereby stipulate and agree that:

1. Defendant hereby withdraws the Subpoenas issued to BANK OF NEVADA, a division of WESTERN ALLIANCE BANK, and BROADWAY STRATEGIC METALS, INC. and the recipients of the Subpoenas shall have no further obligation to respond to or comply with the Subpoenas, and any pending compliance, production, or appearance deadlines arising from the Subpoenas are withdrawn;

2. Defendant shall promptly provide notice of the withdrawal of the Subpoenas to each subpoena recipient;

3. As a result of the withdrawal, Plaintiff's Motion is moot, and is hereby withdrawn;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. The withdrawal of the Subpoenas and the Motion is without prejudice to the Parties' rights in the event the anticipated resolution of this action is not finalized.

**IT IS SO STIPULATED.**

WOMBLE BOND DICKINSON (US) LLP

By: */s/ John E. Bragonje, Esq.*
John E. Bragonje, Esq.
Nevada Bar No. 09519
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV US 89113
Tel: 702-949-8200
Email: John.Bragonje@wbd-us.com

Attorneys for Defendant/Counterclaimant,
*Duane Bennett Parnham*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: */s/ Royi Moas, Esq.*
Royi Moas, Esq.
Nevada Bar No. 10686
3773 Howard Hughes Parkway, Ste 590 S.
Las Vegas, Nevada 89169
Tel: 702-341-5200

JOHN M. SAMBERG, ESQ.
Nevada Bar No. 10828
7750 W. 4th Street, No. 105
Reno, Nevada 89523
Tel: 775-682-1800

Attorneys for Plaintiff/Counterdefendant,
*RB VENTURE PARTNERS LLC*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2026